07-06832

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| Wells Fargo Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2004-FFH3 | CASE NO. 1:07-cv-324 |
| Plaintiff | District Judge Solomon Oliver, Jr. |
| -vs- | |
| Levonia Gunter, et al. | **ORDER OF POSSESSION** |
| Defendant(s) | |

On August 16, 2007, this court entered an Order of Confirmation of Sale for property located at 23930 Banbury Circle 1, Warrensville Heights, OH 44128, Parcel Number 763-17-426. Upon motion of Wells Fargo Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2004-FFH3, for a Writ of Possession and for good cause shown, it is ordered that the U.S. Marshal shall remove the Defendants, or any other occupants, from said property and deliver possession of the property to Wells Fargo Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2004-FFH3. The U.S. Marshal is authorized to use reasonable force to enter said property and occupants who resist are subject to arrest and detention.

It is further ordered that the U.S. Marshal shall:

1.      Determine a final date (lock-out) when the premises must be vacated. The date shall be no later than 14 days after service of this order;

2.      Serve this order upon the occupant of said property in person or by leaving a copy of the order in a conspicuous place upon the property if the occupant cannot be found.

The order shall be accompanied by the U.S. Marshal's notice of the lock out date;

3.     Determine if the property is vacant after the scheduled lockout date.  If not, the U.S. Marshal shall arrange with the movant to remove any and all belongings still remaining in the premises and rekey the property.  Movant shall supply movers and locksmiths to secure the property, and shall be responsible for storing the occupants' belongings in a secure location for not less than 30 days; and

4.     Return service of process to the Court after completion of the execution of this Order.

The U.S. Marshal may tax costs for executing this order including $45 per hour per Deputy U.S. Marshal, travel and other related expenses.  The U.S. Marshal may require a deposit to cover the fees and expenses [28 USC§§1921 (d) and 1921 (a)(1)].


/s/SOLOMON OLIVER, JR.
_____
Judge Solomon Oliver, Jr.
United States District Court